■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD A. SMITH, Appellant. [915 NYS2d 882]—Appeal from an order of the Genesee County Court (Robert C. Noonan, J.), entered October 6, 2009. The order determined that defendant is a level three risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Carni, Sconiers, Green and Gorski, JJ.